IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD ANDREW WHITE,

       Plaintiff,            1: 07 CV 1204 AWI WMW PC

  vs.                          ORDER RE MOTION (DOC 9)

M. CARASCO, et al.,

       Defendants.

      Plaintiff has filed a motion titled as a motion for the Magistrate Judge to acknowledge certain provisions of Rule 65 of the Federal Rules of Civil Procedure. In the title of the motion, Plaintiff refers to "methods 10.1, 10.2, 10.3, 10.4, 10.5, 10.6." In his motion, Plaintiff seeks no specific relief from the court, and makes generalized, rambling, statements regarding prison life. Subsequently, Plaintiff filed a motion for injunctive relief. A recommendation has been entered regarding Plaintiff's motion. The court can not discern any grounds for relief which it can provide. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion filed on October 25, 2007, is denied.

IT IS SO ORDERED.

**Dated:   September 11, 2008**            /s/  **William M. Wunderlich**
                                                     UNITED STATES MAGISTRATE JUDGE