IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD WHITE,<br><br>              Plaintiff,<br><br>       v.<br><br>M. CARASCO, et al,<br><br>              Defendants. | No. 1:  07-CV-01204 AWI WMW P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION RE REQUEST FOR INJUNCTIVE RELIEF<br><br>(Document # 14) |

   This is a civil action filed by state prisoner Bernard White.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.  On July 18, 2008, the Magistrate Judge filed Findings and Recommendations, recommending that Plaintiff's motion for injunctive relief be denied.   The Findings and Recommendations gave notice that Plaintiff could file objections within twenty (20) days.

   On July 31, 2008, Plaintiff filed objections to the Findings and Recommendations.

   In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having carefully reviewed the entire file, including the objections, the court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed on July 18, 2008, are ADOPTED IN FULL; and

2. Plaintiff's motion for injunctive relief is denied.

IT IS SO ORDERED.

Dated:   **September 25, 2008**            /s/ Anthony W. Ishii
                                           CHIEF UNITED STATES DISTRICT JUDGE

2