IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD WHITE,

        Plaintiff,        1: 07 CV 1204 AWI WMW PC

   vs.                        ORDER

M. CARASCO, et al.,

        Defendants.

On July 21, 2008, Plaintiff filed his second amended complaint. On August 7, 2008, an order was entered, dismissing the second amended complaint and granting Plaintiff leave to file a third amended complaint. Plaintiff failed to do so, and on September 11, 2008, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to file a third amended complaint.

Plaintiff has filed objections to the findings and recommendations. In his objections, Plaintiff indicates that he timely filed a second amended complaint. Plaintiff has not, however, filed a third amended complaint. The July 21, 2008, second amended complaint was dismissed with leave to amend. Plaintiff has not filed a third amended complaint.

The court will provide Plaintiff with a thirty day extension of time in which to file a third amended complaint. If Plaintiff fails to do so, the September 11, 2008, recommendation of dismissal will be submitted to the District Court.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file a third amended complaint in compliance with the order of August 7, 2008.

IT IS SO ORDERED.

**Dated:   November 18, 2008**            /s/  **William M. Wunderlich**
                                                        UNITED STATES MAGISTRATE JUDGE