IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD ANDREW WHITE, | 1:07-cv-01204-AWI-WMW (PC) |
| Plaintiff, | ORDER GRANTING SECOND MOTION TO EXTEND TIME TO FILE THIRD AMENDED COMPLAINT |
| vs. | (DOCUMENT #24) |
| M. CARASCO, et al., | 30-DAY DEADLINE |
| Defendants. | |
| _____/ | |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On December 31, 2008,  plaintiff filed a motion to extend time to file a Third Amended Complaint.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty (30) days from the date of service of this order in which to file a Third Amended Complaint.

IT IS SO ORDERED.

**Dated:   January 6, 2009**          /s/  William M. Wunderlich
                                                        UNITED STATES MAGISTRATE JUDGE